# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DANIIL ULANOVICH,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | ) **Case No. CIV-26-86-G** |
| | ) |
| **MARK SIEGEL, in his official capacity** | ) |
| **as Acting Field Office Director** | ) |
| **of the ICE Oklahoma City Field Office** | ) |
| **of Enforcement and Removal Operations,** | ) |
| **U.S. Immigrations and Customs** | ) |
| **Enforcement; U.S. Department** | ) |
| **of Homeland Security, et al.,** | ) |
| | ) |
| **Respondents.** | ) |

## <u>ORDER</u>

Petitioner Daniil Ulanovich, appearing through counsel, initiated this habeas proceeding pursuant to 28 U.S.C. § 2241 on January 19, 2026. *See* Pet. (Doc. No. 1).

The record before the Court reflects that Petitioner has not paid the required filing fee of $5.00, or, alternatively, filed an application to proceed *in forma pauperis*. *See* LCvR 3.2, 3.3, 3.5.

IT IS THEREFORE ORDERED that, within seven (7) days of this Order, Petitioner shall pay the required filing fee of $5.00, or, alternatively, file an application to proceed *in forma pauperis*.

Further, the record reflects that Petitioner is currently represented by attorney Brian S. Green and that Attorney Green maintains an office in Denver, Colorado. To date,

Petitioner's attorney has not shown association with local counsel or entered an appearance in this case.  *See* LCvR 83.3(c).

IT IS FURTHER ORDERED that, within seven (7) days of this Order, Petitioner's attorney shall file an entry of appearance, as required by Local Civil Rule 83.4, and show association with local counsel or seek relief from that requirement under Local Civil Rule 83.3(c).

IT IS SO ORDERED this 27th day of January, 2026.

CHARLES B. GOODWIN
United States District Judge

2